UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANCES S. IAVERNARO,

                Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

JUDGMENT
05-CV- 0002 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 22 2005 ★
BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having been filed on December 15, 2005, reversing the Commissioner's final decision denying plaintiff's application for Social Security benefits; and remanding the matter to the Commissioner for further proceedings pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g); it is

ORDERED and ADJUDGED that the Commissioner's final decision denying plaintiff's application for Social Security benefits is reversed; and that plaintiff's claim is remanded to the Commissioner for further proceedings pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Dated: Brooklyn, New York
       December 16, 2005

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court